Barbara Wrubel
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Attorneys for Defendant Pfizer Inc

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS & PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO, LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND, and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated, <br><br>       Plaintiffs, <br><br>  v. <br><br>PFIZER INC., <br><br>       Defendant. | No. 08cv5175 (DAB) <br> ECF Case <br><br> Electronically Filed |

**DEFENDANT PFIZER INC'S NOTICE OF MOTION FOR
RECONSIDERATION OF THE MINUTE ORDER OF MAY 22, 2008**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Mark S. Cheffo, Defendant Pfizer Inc ("Pfizer"), by their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, will move in the United States District Court for the Southern District of New York, before the Honorable Deborah A. Batts, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, as soon as counsel may be heard, for an Order: (i) granting Pfizer's motion for reconsideration, pursuant to Local Civil Rule 6.3 and Federal Rule of Civil Procedure 54(b), of the Minute Order of May 22, 2008, in which the transferor Court sustained Plaintiffs' objections to, and set aside, the November 14 and December 21, 2007, Opinions and Orders of Magistrate Judge Geraldine Soat Brown; and (ii) reinstating those Opinions and Orders.[1]

Dated: New York, New York
       June 6, 2008

Respectfully submitted,

/s/ Mark S. Cheffo
Barbara Wrubel
barbara.wrubel@skadden.com
Mark S. Cheffo
mark.cheffo@skadden.com
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

Attorneys for Defendant Pfizer Inc

---

[1] On May 29, 2008, Judge John W. Darrah of the Northern District of Illinois issued an order, pursuant to 28 U.S.C. § 1404, transferring this action to this Court. The Court had previously indicated that it would enter a transfer order after ruling on Plaintiffs' objections to Magistrate Judge Brown's Orders.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

ERIKO NAGAO, being duly sworn, deposes and says:

1. I am over eighteen years of age, not a party to the action and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. That on the 6th day of June, 2008, I served true copies of the foregoing **Defendant Pfizer Inc's Notice of Motion for Reconsideration of the Minute Order of May 22, 2008, Memorandum of Law and Declaration re: same** by hand to:

> Grant & Eisenhofer
> 29th Floor
> 485 Lexington Avenue
> New York, NY 10017

_____
Eriko Nagao

Sworn to before me this
6th day of June, 2008

_____
Notary Public

CARMEN L. FERNANDEZ
Notary Public, State of New York
No. 4905737
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires Sept. 14, 20__