UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

SOUTHERN ILLINOIS LABORERS' AND
EMPLOYERS HEALTH AND WELFARE FUND,
et al.,

             Plaintiffs,

       -against-                   08 Civ. 5175 (DAB)
                                     ORDER

PFIZER, INC.,

             Defendant.
----------------------------------------X
DEBORAH A. BATTS, United States District Judge

    In light of the June 12, 2008 recusal of Judge Batts from

this case, the Clerk of the Court is directed to STRIKE from the

docket the Joint Stipulation and Order entered on June 12, 2008

(Document # 4).


    SO ORDERED.

    DATED:    New York, New York
              June 12, 2008

                                Deborah A. Batts
                        United States District Judge