USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

Barbara Wrubel
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Attorneys for Defendant Pfizer Inc

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

SOUTHERN ILLINOIS LABORERS' AND
EMPLOYERS HEALTH AND WELFARE
FUND; NECA-IBEW WELFARE TRUST
FUND; MIDWESTERN TEAMSTERS
HEALTH AND WELFARE FUND; THE
WELFARE FUND OF TEAMSTERS LOCAL
UNION 863; PLUMBERS & PIPEFITTERS
LOCAL UNION 630 WELFARE TRUST
FUND; CLEVELAND BAKERS AND
TEAMSTERS HEALTH AND WELFARE
FUND; ELECTRICAL WORKERS BENEFIT
TRUST FUND; FIRE & POLICE RETIREE
HEALTH CARE FUND, SAN ANTONIO,
LABORERS' DISTRICT COUNCIL
BUILDING AND CONSTRUCTION
HEALTH AND WELFARE FUND;
LABORERS' DISTRICT COUNCIL HEAVY
AND HIGHWAY UTILITY HEALTH AND
WELFARE FUND, and NEW YORK CITY
POLICE SERGEANTS BENEVOLENT
ASSOCIATION HEALTH & WELFARE
FUNDS, individually, and on behalf of all
others similarly situated,

     Plaintiffs,

    v.

PFIZER INC.,

    Defendant.

No. 08cv5175 (SHS)
**ECF Case**

Electronically Filed

**JOINT STIPULATION AND [PROPOSED] ORDER**

This Stipulation is entered into by and among the parties hereto, through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on May 29, 2008, this action was transferred to this Court from the Northern District of Illinois, pursuant to 28 U.S.C. § 1404, and assigned to the Honorable Deborah A. Batts;

WHEREAS, on June 6, 2008, Defendant Pfizer Inc ("Pfizer") served a Motion for Reconsideration, pursuant to Local Civil Rule 6.3, of the transferor Court's Minute Order of May 22, 2008;

WHEREAS, on June 10, 2008, Pfizer submitted to Judge Batts a letter requesting that this action be assigned to the Honorable Lewis A. Kaplan, based on his prior random assignment to a related action, to which Plaintiffs lodge no objection; and

WHEREAS, on June 12, 2008, Judge Batts recused herself from this action;

IT IS HEREBY STIPULATED that Plaintiffs' response to Pfizer's Motion for Reconsideration shall be due on July 16, 2008, and Pfizer's reply shall be due on July 28, 2008;

IT IS FURTHER STIPULATED that the parties shall submit a stipulation setting forth a

briefing schedule on Pfizer's Motion to Dismiss within five days of a judicial assignment.

Dated: New York, New York
     June 25, 2008

FOR PLAINTIFFS

GRANT & EISENHOFER P.A.
Michael J. Barry
mbarry@gelaw.com
Stephen G. Grygiel
sgrygiel@gelaw.com
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

    - and -

Jay W. Eisenhofer
jeisenhofer@gelaw.com
485 Lexington Avenue
29th Floor
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

FOR PFIZER INC

SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM LLP
Barbara Wrubel
barbara.wrubel@skadden.com
Mark S. Cheffo
mark.cheffo@skadden.com
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

IT IS SO ORDERED.
Dated: _____7/9_____, 2008

*Judge Kaplan having declined to accept this action as related to a previously dismissed action, the parties shall submit a proposed schedule for a motion to dismiss on or before July 14*

_____
United States District Judge
Sidney H. Stein

2