Stein, J

Barbara Wrubel
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000
Attorneys for Defendant Pfizer Inc

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS & PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO, LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND, and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., <br><br> Defendant. | No. 08cv5175 (SHS) <br> **ECF Case** <br><br> Electronically Filed |

**JOINT STIPULATION AND [PROPOSED] ORDER ON**
**BRIEFING SCHEDULE AND PAGE LENGTH**

This Stipulation is entered into by and among the parties hereto, through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on May 29, 2008, this action was transferred to this Court from the Northern District of Illinois, pursuant to 28 U.S.C. § 1404;

WHEREAS, on June 30, 2008, this case was reassigned to the Honorable Sidney H. Stein, after recusal by the Honorable Deborah A. Batts;

WHEREAS, by the parties' agreement and by Order of the transferor Court, briefing on Pfizer's Motion to Dismiss Plaintiffs' Second Amended Complaint ("Motion to Dismiss") has been stayed pending transfer to this District; and

WHEREAS, by Order dated July 9, 2008, Judge Stein directed the parties to submit a proposed briefing schedule on Pfizer's Motion to Dismiss by July 14, 2008;

IT IS HEREBY STIPULATED that Pfizer shall re-file its Motion to Dismiss within ten days of the submission of this Stipulation, by July 24, 2008, Plaintiffs' response to the Motion to Dismiss shall be due twenty-one days thereafter, by August 14, 2008, and Pfizer's reply shall be due ten days thereafter, by August 25, 2008.

IT IS FURTHER STIPULATED AND JOINTLY REQUESTED that, in light of the number of parties and state law and federal claims involved, the parties shall be permitted to file memoranda of law in support of and in opposition to Pfizer's Motion to Dismiss of up to ~~40~~ 35 pages, that Pfizer shall be permitted to file a reply memorandum of up to 15 pages, and that Pfizer reserves its right to seek an additional 5 pages for its reply.

*SHS*

Dated: New York, New York
July 14, 2008

FOR PLAINTIFFS

GRANT & EISENHOFER P.A.
Michael J. Barry
mbarry@gelaw.com
Stephen G. Grygiel
sgrygiel@gelaw.com
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

- and -

Jay W. Eisenhofer
jeisenhofer@gelaw.com
485 Lexington Avenue
29th Floor
New York, New York 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

FOR PFIZER, INC

SKADDEN, ARPS, SLATE, MEAGHER
 & FLOM LLP
Barbara Wrubel
barbara.wrubel@skadden.com
Mark S. Cheffo
mark.cheffo@skadden.com
Four Times Square
New York, New York 10036
Telephone: (212) 735-3000
Facsimile: (212) 735-2000

IT IS SO ORDERED.
Dated: _7/15_, 2008

Sidney H. Stein
United States District Judge

2