Barbara Wrubel
Mark S. Cheffo
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York  10036
Telephone:  (212) 735-3000
Facsimile:   (212) 735-2000
Attorneys for Defendant Pfizer Inc

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS & PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO, LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND, and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>PFIZER INC.,<br><br>        Defendant. | **No. 08cv5175 (SHS)**<br>**ECF Case**<br><br>Electronically Filed |

**DEFENDANT PFIZER INC'S NOTICE OF MOTION TO DISMISS
<u>PLAINTIFFS' SECOND AMENDED COMPLAINT</u>**

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Mark S. Cheffo, Defendant Pfizer Inc ("Pfizer"), by their attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York, 10036, will move in the United States District Court for the Southern District of New York, before the Honorable Sidney H. Stein, at the United States Courthouse, 500 Pearl Street, New York, New York, 10007, as soon as counsel may be heard, for an Order granting Pfizer's Motion to Dismiss Plaintiffs' Second Amended Complaint, pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1), and Rule 12(b)(6).  Pursuant to the Stipulation and Order entered by this Court on July 16, 2008 [D.E. 9], Pfizer's Motion, filed herewith, shall supersede its Motion to Dismiss filed in the transferor court [N.D. Ill. D.E. 153], on which further briefing was stayed by agreement and order of the transferor court, pending its decision on transfer to this Court.

Dated: New York, New York
       July 24, 2008

                                        Respectfully submitted,

                                        /s/ Mark S. Cheffo
                                        Barbara Wrubel
                                        barbara.wrubel@skadden.com
                                        Mark S. Cheffo
                                        mark.cheffo@skadden.com
                                        SKADDEN, ARPS, SLATE,
                                            MEAGHER & FLOM LLP
                                        Four Times Square
                                        New York, New York 10036
                                        Telephone: (212) 735-3000
                                        Facsimile:  (212) 735-2000

                                        Attorneys for Defendant Pfizer Inc