## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court,

hereby certifies under penalty of perjury, that on July 24, 2008, I caused a true copy of the

- *Defendant Pfizer Inc.'s Notice of Motion to Dismiss Plaintiffs' Second Amended Complaint,*

- *Declaration of Mark S. Cheffo in Support of Defendant Inc.'s Motion to Dismiss Plaintiffs' Second Amended Complaint* and

- *Defendant Pfizer Inc.'s Memorandum of Law in Support of Its Motion to Dismiss Plaintiffs' Second Amended Complaint*

to be served upon the following parties as indicated:

By First-Class Mail

George S. Bellas
Bellas & Wachowski
15 N. Northwest Highway
Park Ridge, Illinois 60068

Patrick J. O'Hara
Cavanagh & O'Hara
407 East Adams
Springfield, Illinois 60602

Dated:  New York, New York
        July 24, 2008

_Steven Ray Katzenstein_
Steven Ray Katzenstein

1