**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

JUL 28 2008

SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS AND PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO; LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND; and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

PFIZER INC., Defendant.

No. 08cv5175 (SHS)
ECF Case

9CO25-65776

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

PLEASE TAKE NOTICE that upon the Declaration of James J. Sabella, Esquire and the Motion For Admission *Pro Hac Vice* of Stephen G. Grygiel annexed hereto, the undersigned hereby moves this Court at the United States District Courthouse for the Southern District of New York, located at the United States Courthouse, 500 Pearl Street, New York, New York 10007, before The Honorable Sidney H. Stein, for an order admitting Stephen G. Grygiel, Esquire to this Court *pro hac*

*vice.* There are no pending disciplinary proceedings against Mr. Grygiel in any State or Federal court.

Dated: July 24, 2008

GRANT & EISENHOFER P.A.

James J. Sabella (Bar No. JS 5454)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
jsabella@gelaw.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS AND PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO; LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND; and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

PFIZER INC.,

Defendant.

No. 08cv5175 (SHS)
ECF Case

**MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN G. GRYGIEL**

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiffs Southern Illinois Laborers' and Employers Health and Welfare Fund, *et al.* ("Plaintiffs") hereby move this Court for admission *pro hac vice* of Stephen G. Grygiel. Mr. Grygiel is counsel for Plaintiffs and is an attorney with the law firm of Grant & Eisenhofer P.A., 1201 N. Market Street, Wilmington, Delaware 19801.

Mr. Grygiel is admitted to practice law in Delaware, Maine and the Commonwealth of Massachusetts. As required by Rule 1.3, certificates of good standing issued within the last thirty (30) days from the Supreme Courts of the State of Delaware, the State of Maine and the Commonwealth of Massachusetts are attached to the accompanying Declaration of James J. Sabella in Support of Motion for Admission *Pro Hac Vice*.

Wherefore, Plaintiffs move this Court for admission *pro hac vice* of Mr. Grygiel.

Dated: July 24, 2008

GRANT & EISENHOFER P.A.

James J. Sabella (Bar No. JS 5454)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
jsabella@gelaw.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS AND PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO; LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND; and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

PFIZER INC.,

Defendant.

No. 08cv5175 (SHS)
ECF Case

**DECLARATION OF JAMES J. SABELLA**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, James J. Sabella, hereby declare as follows:

1. I am a member of the Bar of this Court and I am a Director in the law firm of Grant & Eisenhofer P.A., attorneys for Plaintiffs Southern Illinois Laborers' and Employers Health and Welfare Fund ("Plaintiffs") in this action. I submit this Declaration in support of Plaintiffs'

application for an order granting Stephen G. Grygiel *pro hac vice* admission to this Court to argue and try the above referenced actions, in whole or in part, pursuant to Local Rule 1.3(c) of the Rules of the United States Courts for the Southern and Eastern Districts of New York.

2. Mr. Grygiel is a director with the law firm of Grant & Eisenhofer P.A., and resident in the Wilmington, Delaware office of the firm. As evidenced by the Certificates of Good Standing annexed to his Affidavit (attached hereto as Exhibit 1), Mr. Grygiel is a member in good standing of the bar of the States of Delaware and Maine, and the Commonwealth of Massachusetts.

3. I have found Mr. Grygiel to be a skilled attorney and a person of integrity. I have found Mr. Grygiel to be experienced in Federal practice and familiar with the Federal Rules of Civil Procedure.

4. It is respectfully requested that the Court grant the motion for an Order permitting Stephen G. Grygiel to appear in this action as counsel for plaintiffs *pro hac vice*. A proposed form of Order is annexed hereto as Exhibit 2

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 24, 2008

GRANT & EISENHOFER P.A.

James J. Sabella (Bar No. JS 5454)
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, New York 10017
Tel: (646) 722-8500
Fax: (646) 722-8501
jsabella@gelaw.com

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS AND PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO; LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND; and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

PFIZER INC.,

Defendant.

No. 08cv5175 (SHS)
ECF Case

**AFFIDAVIT OF STEPHEN G. GRYGIEL**
**IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

STATE OF DELAWARE )
) SS.
COUNTY OF NEW CASTLE )

Stephen G. Grygiel, being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Grant & Eisenhofer P.A.

2. I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the bar of the States of Delaware and Maine, and the Commonwealth of Massachusetts.

4. There are no pending disciplinary proceedings against me in any state or federal court.

WHEREFORE, your affiant respectfully submits that he be permitted to appear as counsel *pro hac vice* in this case.

Stephen G. Grygiel

Sworn to and subscribed before me this 23rd day of July, 2008.

Notary Public

JUSTIN D. CHANEY
Notary Public - State of Delaware
My Comm. Expires June 28, 2011

## SUPREME COURT OF THE STATE OF DELAWARE

CERTIFICATE OF GOOD STANDING

The Assistant Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Stephen Gerard Grygiel** was admitted to practice as an attorney in the Courts of this State on **January 17, 2007,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.

**IN TESTIMONY WHEREOF,**
I have hereunto set my hand and affixed the seal of said Court at Dover this 15th day of July 2008.

Audrey F. Bacino
Audrey F. Bacino
Assistant Clerk of the Supreme Court



# STATE OF MAINE

Cumberland, ss SUPREME JUDICIAL COURT

I, Gail L. Merritt, Adm. CLERK OF ALL THE JUDICIAL COURTS WITHIN THE COUNTY OF Cumberland, HEREBY CERTIFY THAT ON THE 1st DAY OF Oct. A.D., 1986, IN THE SUPREME JUDICIAL COURT HOLDEN AT Portland, WITHIN AND FOR THE COUNTY OF Cumberland AND STATE OF MAINE, SAID COURT BEING THE HIGHEST COURT OF RECORD IN SAID STATE:

Stephen G. Grygiel OF Wilmington DE

BEING FOUND DULY QUALIFIED IN THAT BEHALF, HAVING TAKEN AND SUBSCRIBED THE OATH REQUIRED BY LAW, WAS ADMITTED TO PRACTICE AS AN ATTORNEY, AND BY VIRTUE THEREOF AS A COUNSELLOR AT LAW IN ALL THE COURTS OF SAID STATE OF MAINE, AND IS NOW A RECOGNIZED ATTORNEY AND COUNSELLOR AT LAW IN SAID COURTS, IN GOOD STANDING.

IN TESTIMONY WHEREOF, I HAVE HEREUNTO SET MY HAND AND AFFIXED THE SEAL OF SAID COURT, THIS 16th DAY OF July IN THE YEAR OF OUR LORD TWO THOUSAND AND eight

Gail L. Merritt, ADM. CLERK

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the fifteenth day of December A.D. 1986, said Court being the highest Court of Record in said Commonwealth:

Stephen Gerald Grygiel

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this sixteenth day of July in the year of our Lord two thousand and eight.

Maura S. Doyle

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS AND PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO; LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND; and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

PFIZER INC.,

Defendant.

No. 08cv5175 (SHS)
ECF Case

**[PROPOSED] ORDER GRANTING**
**MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN G. GRYGIEL**

Upon motion of Plaintiffs, Southern Illinois Laborers' and Employers Health and Welfare Fund, *et al.* ("Plaintiffs"), dated July _____, 2008, for an Order pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York granting *pro hac vice* admission to Stephen G. Grygiel in connection with the above-

captioned matter, and upon consideration of the motion and declaration in support thereof, it is ORDERED, that Stephen G. Grygiel is granted *pro hac vice* admission to the bar of the Court for the purpose of participating in, arguing, and trying these actions.

Dated: ________________

________________________________
The Honorable Sidney H. Stein

**CERTIFICATE OF SERVICE**

I, James J. Sabella, certify that on this 28th day of July, 2008, a true and correct copy of Notice of Motion for Admission *Pro Hac Vice*, Motion for Admission *Pro Hac Vice* of Stephen G. Grygiel, Declaration of James J. Sabella in Support of Motion for Admission *Pro Hac Vice* and related documents and Proposed Order Granting Motion for Admission *Pro Hac Vice* of Stephen G. Grygiel was served via electronic mail upon the following counsel of record:

Mark S. Cheffo, Esquire
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

Andrew J. Jarzyna, Esquire
SKADDEN ARPS SLATE MEAGHER & FLOM LLP
333 W. Wacker Drive
Chicago, IL 60606

James J. Sabella