USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SOUTHERN ILLINOIS LABORERS' AND )
EMPLOYERS HEALTH AND WELFARE )
FUND; NECA-IBEW WELFARE TRUST )
FUND; MIDWESTERN TEAMSTERS )
HEALTH AND WELFARE FUND; THE )
WELFARE FUND OF TEAMSTERS )
LOCAL UNION 863; PLUMBERS AND )    No. 08cv5175 (SHS)
PIPEFITTERS LOCAL UNION 630 )       ECF Case
WELFARE TRUST FUND; CLEVELAND )
BAKERS AND TEAMSTERS HEALTH )
AND WELFARE FUND; ELECTRICAL )
WORKERS BENEFIT TRUST FUND; FIRE )
& POLICE RETIREE HEALTH CARE )
FUND, SAN ANTONIO; LABORERS' )
DISTRICT COUNCIL BUILDING AND )
CONSTRUCTION HEALTH AND )
WELFARE FUND; LABORERS' )
DISTRICT COUNCIL HEAVY AND )
HIGHWAY UTILITY HEALTH AND )
WELFARE FUND; and NEW YORK CITY )
POLICE SERGEANTS BENEVOLENT )
ASSOCIATION HEALTH & WELFARE )
FUNDS, individually, and on behalf of all )
others similarly situated, )
)
      Plaintiffs, )
  v. )
)
PFIZER INC., )
)
      Defendant.

## [~~PROPOSED~~] ORDER GRANTING
## MOTION FOR ADMISSION *PRO HAC VICE* OF STEPHEN G. GRYGIEL

Upon motion of Plaintiffs, Southern Illinois Laborers' and Employers Health and Welfare Fund, *et al.* ("Plaintiffs"), dated July _____, 2008, for an Order pursuant to Local Civil Rule 1.3(c) of the Rules of the United States District Courts for the Southern and Eastern Districts of New York granting *pro hac vice* admission to Stephen G. Grygiel in connection with the above-

captioned matter, and upon consideration of the motion and declaration in support thereof, it is

ORDERED, that Stephen G. Grygiel is granted *pro hac vice* admission to the bar of the Court for

the purpose of participating in, arguing, and trying these actions.

Dated:    8/1/08

_____
The Honorable Sidney H. Stein