Stein, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

Jay W. Eisenhofer
Stephen G. Grygiel
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 772-8500
Facsimile: (646) 722-8502
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SOUTHERN ILLINOIS LABORERS' AND EMPLOYERS HEALTH AND WELFARE FUND; NECA-IBEW WELFARE TRUST FUND; MIDWESTERN TEAMSTERS HEALTH AND WELFARE FUND; THE WELFARE FUND OF TEAMSTERS LOCAL UNION 863; PLUMBERS AND PIPEFITTERS LOCAL UNION 630 WELFARE TRUST FUND; CLEVELAND BAKERS AND TEAMSTERS HEALTH AND WELFARE FUND; ELECTRICAL WORKERS BENEFIT TRUST FUND; FIRE & POLICE RETIREE HEALTH CARE FUND, SAN ANTONIO; LABORERS' DISTRICT COUNCIL BUILDING AND CONSTRUCTION HEALTH AND WELFARE FUND; LABORERS' DISTRICT COUNCIL HEAVY AND HIGHWAY UTILITY HEALTH AND WELFARE FUND; and NEW YORK CITY POLICE SERGEANTS BENEVOLENT ASSOCIATION HEALTH & WELFARE FUNDS, individually, and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br> v.<br><br>PFIZER INC.,<br><br>   Defendant. | No. 08cv5175 (SHS)<br>ECF Case<br><br>Electronically Filed |

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER**

This Stipulation is entered into by and among the parties hereto, through their respective undersigned attorneys, with reference to the following facts:

WHEREAS, on July 15, 2008, this Court entered an Order (Dkt. No. 9 filed July 16, 2008) confirming an agreement by the parties to this action that Defendant Pfizer Inc. ("Pfizer") would re-file it Motion to Dismiss in this Court by July 24, 2008; that Plaintiff's are required to file any response thereto by August 14, 2008; and that Pfizer is required to file any reply brief by August 25, 2008;

WHEREAS, on July 24, 2008, Pfizer filed its Motion to Dismiss Plaintiff's Second Amended Complaint;

WHEREAS, Plaintiffs have requested, and Pfizer has agreed, to amend the aforementioned briefing schedule to ensure adequate opportunity to brief fully the issues presented in the Motion to Dismiss, and

WHEREAS, the parties have agreed that Plaintiff's response to Pfizer's Motion to Dismiss shall be filed on August 25, 2008; and that Pfizer's reply shall be filed on September 11, 2008; and the parties respectfully request the entry of this stipulated Order so stating;

IT IS HEREBY STIPULATED that Plaintiff's response to Pfizer's Motion to Dismiss shall be due on August 25, 2008, and Pfizer's reply shall be due on September 11, 2008.

DATED: August 12, 2008

_____
SKADDEN, ARPS, SLATE, MEAGHER
    & FLOM LLP
Barbara Wrubel
Mark S. Cheffo
Four Time Square
New York, New York 10036
Tel:  (212) 735-3000
Fax:  (212) 735-2000

Respectfully submitted,

_____
GRANT & EISENHOFER P.A.
Jay W. Eisenhofer
485 Lexington Avenue
29th Floor
New York, New York 10017
Tel:  (646) 722-8500
Fax:  (646) 722-8502

- and –

Stephen G. Grygiel
Michael J. Barry
Chase Manhattan Centre
1201 N. Market Street
Wilmington, Delaware 19801
Tel:  (302) 622-7000
Fax:  (302) 622-7100

Lead Counsel for Plaintiffs and Proposed Lead Counsel for the Class

IT IS SO ORDERED.

Dated: 8/13, 2008

_____
Sidney H. Stein
United States District Judge